## Painter *versus* Brown, Floyd & Co.

Error to the Common Pleas of *Armstrong county*.

This was an action of *assumpsit* brought by J. E. Brown, Alexander Colwell, John Floyd, and Richard Floyd against John V. Painter and James Patterson, to recover a balance of $114.46, due on settled account, with interest from January 25th 1858.

This case was similar, in most respects, to the preceding one; the same instruction, in substance, was given to the jury, and the same position taken here by the plaintiff in error.

The opinion of the court was delivered, January 7th 1861, by Strong, J.—For the reasons given for the affirmance of the judgment in the case of Painter *v.* Austin, this judgment must be affirmed.

Judgment affirmed.